```
1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  KRISTINA MILETOVIC, ESQ.
   Nevada State Bar No. 14089
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7
   Attorneys for Defendant,
8  JAMES RIVER INSURANCE COMPANY
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTI DAVIS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN DOE I; CSAA GENERAL INSURANCE COMPANY; JAMES RIVER INSURANCE COMPANY; and DOES I through X, inclusive,<br><br>  Defendants. | Case No.: 2:20−CV−01729−JCM−BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT JAMES RIVER INSURANCE COMPANY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CHRISTI DAVIS, by and through her attorneys of record, Steven M. Burris, Esq. and Andrew J. Thomas, Esq. of Law Offices of Steven M. Burris, and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Jr., Esq., Jared G. Christensen, Esq. and Kristina Miletovic, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY in the above-captioned case be dismissed **with prejudice**, that the parties each bear their own fees and costs, that the Motion to Dismiss filed by JAMES RIVER INSURANCE COMPANY (ECF No. 4) therefore be vacated as moot, and that the remainder of this matter be remanded to the Eighth Judicial District Court,

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1

1256.809 4824-2546-9900.2

vacating the Petition for Removal filed by JAMES RIVER INSURANCE COMPANY (ECF No. 1) and all deadlines stemming from same.

Dated this __28th__ day of September 2020.

BREMER WHYTE BROWN & O'MEARA LLP

By: __/s/ Kristina Miletovic__
Lucian J. Greco, Jr., Esq.
Nevada State Bar No.: 10600
Jared G. Christensen, Esq.
Nevada State Bar No.: 11538
Kristina Miletovic, Esq.
Nevada State Bar No. 14089
Attorneys for Defendant,
James River Insurance Company

Dated this __28th__ day of September 2020.

LAW OFFICES OF STEVEN M. BURRIS

By: __/s/ Andrew J. Thomas__
Steven M. Burris, Esq.
Nevada Bar No.: 000603
Andrew J. Thomas, Esq.
Nevada Bar No.: 000017
Attorneys for Plaintiff

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __October 5, 2020__

Respectfully submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

 /s/ Kristina Miletovic
Lucian J. Greco, Jr, Esq., NV Bar No. 10600
Jared G. Christensen, Esq., NV Bar No. 11538
Kristina Miletovic, Esq., NV Bar No. 14089
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1256.809 4824-2546-9900.2